UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE BARTON and William Barton, Jr., individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>DRESSER, LLC; Baker Hughes Holdings LLC; and the Louisiana Department of Environmental Quality,<br><br>    Defendants. | Civil Action No. _____<br><br>Judge: _____<br><br>Magistrate: _____ |

## NOTICE OF REMOVAL

Defendants Dresser, LLC ("Dresser") and Baker Hughes Holdings LLC ("Baker Hughes Holdings") file this Notice of Removal and hereby remove the civil action styled *Michelle Barton, et al. v. Dresser, LLC, et al.*, No. 697-052, pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana (the "State Court Action"),[1] to the United States District Court for the Middle District of Louisiana. This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1446, and 1453.

**Summary of Basis for Removal**

1.  Plaintiffs Michelle Barton and William Barton, Jr., filed the State Court Action on June 11, 2020, against the Louisiana Department of Environmental Quality ("LDEQ").

---

[1] *See* Pl.'s Class Action Pet. for Damages (attached hereto as **Exhibit 1-A**); Pl.'s First Amend & Supp. Class Action Pet. for Damages (attached hereto as **Exhibit 1-B**).

2.Plaintiffs purport to bring claims individually and on behalf of a class of similarly situated persons. Plaintiffs seek certification of a plaintiff class pursuant to Louisiana Code of Civil Procedure article 591 *et seq*.

3.On July 10, 2020, Plaintiffs amended the State Court Action to bring claims against Dresser and Baker Hughes Holdings for negligence, negligence per se, trespass, strict liability, and violations of the Louisiana Groundwater Act.

4.Dresser and Baker Hughes Holdings became aware that they had been named as parties to this litigation on or about July 13, 2020. Dresser was served with process on August 4, 2020. Baker Hughes Holdings has not been served with process.

5.Plaintiffs Michelle Barton and William Barton, Jr., are citizens of Louisiana domiciled in Rapides Parish. The citizenship of other members of the proposed Plaintiff class is not yet known.

6.LDEQ is a state regulatory agency and a subdivision of the State of Louisiana.

7.Dresser is a limited liability company and a wholly owned subsidiary of Baker Hughes Holdings. The citizenship of Baker Hughes Holdings is addressed in Paragraph 8.

8.Baker Hughes Holdings is a limited liability company. The members of Baker Hughes Holdings are:

a.GE Oil & Gas US Holdings I, Inc., a Delaware corporation with its principal place of business located at 191 Rosa Parks Street, Cincinnati, Ohio 45252.

b.CFC Holdings LLC, which is wholly owned by EHHC NewCO LLC. The citizenship of EHHC NewCO LLC is described in Paragraph 8(c)–(d) below.

      c.      EHHC NewCO LLC, which is wholly owned by Baker Hughes Company. The citizenship of Baker Hughes Company is described in Paragraph 8(d) below.

      d.      Baker Hughes Company, a Delaware corporation with its principal place of business located at 17021 Aldine Westfield Road, Houston, Texas 77073.

9.      Plaintiffs allege past and continuing property damage due to alleged trichloroethylene ("TCE") contamination from Dresser's Flow and Process Technology Facility (the "Facility") located in Rapides Parish, Louisiana. Dresser owns the Facility.

10.      Plaintiffs seek myriad damages on behalf of the proposed class—including money damages for diminution in value and other alleged harms, remediation damages, civil penalties, and medical monitoring—the value of which exceeds $5,000,000 in the aggregate.

## Jurisdiction

11.      This is a class action in which at least one member of the plaintiff class is a citizen of a different state than a named defendant and the amount in controversy exceeds the aggregate sum of $5,000,000. This Court thus has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(d)(2).

      a.      Plaintiffs intend to proceed individually and on behalf of a class of similarly situated persons.[2] Indeed, Plaintiffs have expressly pleaded their intent to seek certification pursuant to Louisiana Code of Civil Procedure article 591 *et seq.*[3]

      b.      Plaintiffs Michelle Barton and William Barton, Jr., are citizens of the state of Louisiana.

---

[2] **Ex. 1-B** at 1.
[3] *Id.* ¶¶ 60–66.

      c.      Defendant LDEQ, as a subdivision of the state of Louisiana, has no citizenship for purposes of jurisdictional analyses pursuant to 28 U.S.C. § 1332(d). *Frazier v. Pioneer Americas LLC*, 455 F.3d 542, 547 (5th Cir. 2006).

      d.      Defendant Dresser is a citizen of Delaware, Ohio, and Texas.

      e.      Defendant Baker Hughes Holdings is also a citizen of Delaware, Ohio, and Texas.

12. Plaintiffs will be unable to meet their burden to show that any exception to jurisdiction under 28 U.S.C. § 1332(d) applies.

      a.      No defendants are citizens of Louisiana, rendering the exceptions found in 28 U.S.C. §§ 1332(d)(3), 1332(d)(4)(A), and 1332(d)(4)(B) inapplicable. *See Frazier*, 455 F.3d at 547.

      b.      Defendants in this action include both a state agency *and* private entities, rendering 28 U.S.C. § 1332(d)(5)(A)'s "primary defendant" exception inapplicable. *Frazier*, 455 F.3d at 546 (holding that the "primary defendant" exception "requires that all primary defendants be states").

      c.      The number of members of the proposed plaintiff class exceeds 100, rendering 28 U.S.C. § 1332(d)(5)(B) inapplicable.

### Compliance with Removal Procedures

13. This Notice of Removal is filed within 30 days after Defendants Dresser and Baker Hughes received a copy of Plaintiff's Petition for Damages. *See* 28 U.S.C. § 1446(a), (b)(1).

14. Although Defendant LDEQ has been served with process and has appeared in this suit, their consent is not required for removal pursuant to 28 U.S.C. § 1332(d)(2). *See* 28 U.S.C.

§ 1453(b) ("A class action . . . may be removed by any defendant without the consent of all defendants.").

15. Venue is proper in the Middle District of Louisiana because the State Court Action is pending in East Baton Rouge Parish, Louisiana. *See id.* § 1441(a).

16. A copy of this Notice is being served on counsel for all parties and filed with the clerk of the 19th Judicial District Court. *See id.* § 1446(d).

                Respectfully submitted,

                *s/ Andrew M. Stakelum*
                Andrew M. Stakelum (La. #30738)
                  (Lead Attorney)
                astakelum@kslaw.com
                KING & SPALDING LLP
                1100 Louisiana St., Suite 4000
                Houston, TX  77002
                Tel: (713) 751-3200
                Fax: (713) 751-3290

                -and-

                Eric E. Jarrell (La. #16982)
                ejarrell@kingjurgens.com
                Robert J. Burvant (La. #14119)
                rburvant@kingjurgens.com
                Michael J. Cerniglia (La. #29792)
                mcerniglia@kingjurgens.com
                KING & JURGENS, L.L.C.
                201 St. Charles Ave., 45th Floor
                New Orleans, LA 70170
                Tel: (504) 582-3800
                Fax: (504) 582-1233

                ***Counsel for Dresser, LLC and Baker Hughes Holdings LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by filing with the Clerk of Court using the CM/ECF system.

Houston, Texas, this 5th day of August, 2020.

                                            s/ Andrew M. Stakelum
                                            Andrew M. Stakelum